131 A.3d 957

IN THE MATTER OF LARRY S. LOIGMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 015611977).

March 9, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–066, concluding that **LARRY S. LOIGMAN** of **MIDDLETOWN**, who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 3.1 (bringing a frivolous claim), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **LARRY S. LOIGMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.